UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES WINDHAM,<br><br>        Plaintiff,<br><br>    v.<br><br>MATTHEW BORDEN, et al.,<br><br>        Defendants. | Case No. EDCV 07-0779-RSWL (JEM)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Report and Recommendation of the United States Magistrate Judge. Plaintiff has filed Objections to the Report and Recommendation, and the Court has made a de novo determination of those portions of the Report and Recommendation to which plaintiff has objected. The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS HEREBY ORDERED that summary adjudication is granted as to plaintiff's state law tort claims and federal claims for deliberate indifference to serious medical needs under the Eighth Amendment and retaliation under the First Amendment.

///

///

1 | Summary adjudication is denied as to plaintiff's Fourteenth Amendment excessive force and
2 | failure to protect claims.

RONALD S.W. LEW

DATED: 03-03-10

RONALD S. W. LEW
SENIOR, U. S. DISTRICT COURT JUDGE